**SO ORDERED: October 15, 2009.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:  CHASTY MICHELLE LAND                                CASE NO.   08-90788
DEBTORS
_____

ORDER APPROVING MOTION TO MODIFY PLAN POST-CONFIRMATION
_____

The Court, after reviewing the Motion to Modify Plan filed on September 17, 2009 and no objections being filed, hereby approves the amendments to the confirmed plan.  The Order Confirming the Plan shall be modified as follows:

- HSBC Auto Finance – 2004 Mitsubishi Galant to be Surrendered; Said Creditor shall be allowed to file an unsecured proof of claim for any deficiency balance after sale of said vehicle.
- The Plan delinquency through August 2009 shall be cured.
- The Plan payment will decrease to $774.00 per month beginning September 2009
- Base Amount $38,470.00

The original Order of Confirmation shall remain in full force and effect except as modified above.
###

DISTRIBUTION:
Debtor(s)
Debtor=s Attorney
Joseph M. Black, Jr.
U.S. Trustee

*** The foregoing document was prepared by the Office of the Standing Trustee, Joseph M. Black, Jr. ***