# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Chasty Michelle Land | | |
| **Case Number:** | 08-90788-BHL-13 | **Chapter:** | 13 |
| **Date / Time / Room:** | TUESDAY, NOVEMBER 10, 2009 10:45 AM   NA 103 | | |
| **Bankruptcy Judge:** | BASIL H. LORCH | | |
| **Courtroom Clerk:** | | | |
| **Reporter / ECR:** | N/A | | |

### *Matter:*

Continued Prehearing on Trustee's Motion to Dismiss with Objection filed by Debtor [51, 53]

**R / M #:**   51 / 0

 **VACATED:   Withdrawal of Motion to Dismiss Case filed 10/14/09**

### *Appearances:*

NONE

### *Proceedings:*

VACATED: Withdrawal of Motion to Dismiss Case filed 10/14/09


**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**